# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 12, 2015

## NO. 03-13-00207-CR

**Rodolfo Cisneros, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment of conviction to reflect that the "Statute for Offense" is "21.021(a)(1)(B), (2)(B) Penal Code." The judgment, as modified, is affirmed. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.